JAP:MTK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against -

NATHANIEL TAYLOR,
    also known as "Trey Jones,"
"Derick Jones," and "Keith Greenbaum,"

    Defendant.

– – – – – – – – – – – – – –X

COMPLAINT AND AFFIDAVIT IN SUPPORT OF ARREST WARRANT

(18 U.S.C. § 500)

EASTERN DISTRICT OF NEW YORK, SS:

    KIMBERLY E. DALLAS, being duly sworn, deposes and states that she is a Postal Inspector with the United States Postal Inspection Service (USPIS), duly appointed according to law and acting as such.

    Upon information and belief, on and about and between March 03, 2016 and May 12, 2016, within the Eastern District of New York and elsewhere, the defendant NATHANIEL TAYLOR, also known as "Trey Jones," "Keith Greenbaum" and "Derick Jones," did knowingly, falsely and with intent to defraud, passed and uttered forged money orders, issued by or under the direction of the United States Postal Service (USPS), knowing the same to be materially altered and falsely made.

    (Title 18, United States Code, Section 500)

    The source of your affiant's information and the grounds for her belief are as follows:

    1.    I am a United States Postal Inspector assigned to the New York Division of the United States Postal Inspection Service. I have been a Postal Inspector since August 2010, and am

currently assigned to the Brooklyn Mail Theft Team in the New York Division, which includes investigations related to the negotiation of altered Postal Money Orders (PMO's).  Based upon my training, experience, and discussions with other Postal Inspectors, I am familiar with the means and the mechanism by which altered PMO's are forged and passed in daily commercial transactions.  I am familiar with the facts and circumstances of this investigation, including those facts and circumstances set forth herein, from both my personal participation in the investigation and from my conversations with others.

    2.    The USPS is an agency of the United States Government responsible for the issuance of PMO's.  PMO's are negotiable financial instruments that are offered for sale at any United States Post Office in any denomination up to a maximum of $1,000.00.  To obtain a PMO, a customer pays cash or uses a debit card and receives a document similar in appearance to an ordinary bank check which entitles the purchaser to negotiate the money order in the amount indicated thereon.  The purchase of each PMO carries an additional service fee ($1.20 for the money orders up to $500.00, and $1.60 for money orders between $500.00 and $1,000.00).  Once negotiated, PMO's are routed through and paid by the Federal Reserve Bank (FBR).  The USPS requires that customers produce valid photo identification when cashing a PMO at a post office. The USPS clerk must record the identification card number on the reverse side of the PMO and verify that the individual depicted in the photo on the identification, is the same person who presents the money order for cashing.

    3.    In certain instances, PMO's are purchased at a post office for a nominal amount such as $1.00, $2.00, $5.00, and so forth, and then the face amount of the PMO is fraudulently altered by "raising" it to a much larger amount such as $490.00, $500.00, or $1,000.00.  The resulting altered PMO is called a "raised" PMO.  The raising of PMO's is often accomplished by chemically removing or physically abrading the PMO paper causing the numbers and characters to be

removed.   Ink jet and laser printing technology along with computer software is used to "raise" the value of the PMO to the desired amount up to a maximum of $1,000.00.

4.   All negotiated PMO's are processed and reconciled through the USPS Money Order Branch (MOB) in St. Louis, Missouri.   Each PMO issued by the USPS is identified by a unique serial number.   Using the unique serial number, the USPS is able to identify the date and time of the purchase of the PMO, the face value of the PMO, the location of the issuing post office, and the identity of the postal clerk who handled the transaction.   This information is stored on a database maintained by the USPS.

5.   Once a negotiated PMO reaches the MOB, the MOB compares the dollar value on the negotiated PMO against the value of the PMO when originally sold by the USPS.   If the values do not match, the PMO is referred to the USPIS for investigation.

6.   The USPS suffers a financial loss for all the raised PMO's cashed at post offices. For PMO's deposited at financial institutions, the USPS reserves the right to demand a refund from the presenting bank of the amount of a paid money order if, after payment, the PMO is determined to contain an alteration not discovered on examination.   Accordingly, the USPS and other financial institutions are defrauded when a PMO is "raised".

7.   According to USPS records, on March 3, 2016, five (5) PMO's valued at $3.27 each, and eight (8) PMO's valued at $1.22 were purchased in two separate cash transactions at the Fairmount Station Post Office, Philadelphia, PA 19130.   The value on two (2) of these PMO's were subsequently raised to $490.00 and $1,000.00.   The money order for $490.00, bearing serial number 23444258074, was negotiated at the Yonkers Main Post Office, Yonkers, NY 10701 on March 7, 2016 by an individual subsequently identified at the defendant NATHANIEL TAYLOR . The money order for $1,000.00, bearing serial number 23444358388, was attempted at the same post office, but not negotiated on March 7, 2016 because postal clerks identified the PMOs as

4

counterfeit. Both money orders were made payable to "Keith Greenbaum, 1534 12th St, Fort Lee, NJ 07024." The identification presented by the defendant was a New Jersey Driver's License number G85671385224979, bearing the name "Keith Greenbaum". The New Jersey identification subsequently was determined to be a counterfeit identification.

8. According to USPS records, on March 3, 2016, ten PMO's valued at $3.07, were purchased in the same cash transaction at the Fairmount Station Post Office, Philadelphia, PA 19130. The value of one of these PMO's, bearing serial number 23444358298, was subsequently raised to $490.00 and negotiated on April 8, 2016 by an individual subsequently identified as the defendant NATHANIEL TAYLOR at the Sunset Station Post Office, Brooklyn, NY 11220. The defendant presented a New Jersey Driver's License number J85671385224979, bearing the name "Trey Jones." This New Jersey identification subsequently was determined to be a counterfeit identification.

9. On April 20, 2016, a co-conspirator was arrested at LaGuardia Airport by Port Authority Police. This individual was in possession of twenty-two raised PMO's and New Jersey Driver's License number J85671385224979, bearing the name "Trey Jones." This is the same name used in the April 8, 2016 negotiation of the PMO bearing serial number 23444358298. This individual did not match the photo on the New Jersey driver's license bearing the name "Trey Jones".

10. The photo on New Jersey Driver's License referred to in paragraph nine, bearing the name "Trey Jones," does match the photo on New Jersey Driver's License number G85671385224979, bearing the name "Keith Greenbaum" that the defendant presented on March 7, 2016 to USPS clerks.

11. According to USPS records, on April 12, 2016, ten PMO's valued at $2.21, were purchased in the same cash transaction at the Brigantine Post Office, Brigantine, NJ 08203. The

value of two of these PMO's were subsequently raised to $500.00 each.   These two $500.00 raised PMO's bear serial numbers 23477466734 and 23477466756.

12.   According to USPS records, on April 13, 2016, ten (10) PMO's valued at $1.11, were purchased in the same cash transaction at the Brigantine Post Office, Brigantine, NJ 08203. The face value of one (1) of these PMO's, bearing serial number 23477469208, was subsequently raised to $500.00.

13.   On April 28, 2016, raised PMO's 23477466734, 23477466756, and 23477469208 were negotiated by an individual subsequently identified as the defendant NATHANIEL TAYLOR at the Canarsie Post Office, Brooklyn, NY 11236.   The raised PMO's were made payable to "Derick Jones, 1100 River Rd, Edgewater, NJ 07020."   The identification presented by the defendant was a New Jersey Driver's License number 23444358298, bearing the name "Derick Jones".   The New Jersey identification subsequently was determined to be a counterfeit identification.

14.   According to USPS records, on April 15, 2016, thirty PMO's were purchased in the same transaction at the Northfield Post Office, Northfield, NJ 08225.   Ten of the PMO's were purchased for $1.21, ten (10) were purchased for $2.21, and ten (10) were purchased for $1.11. The values on two of the PMO's, bearing serial numbers 23368510901 and 23368510754, were raised to $500.00 each.

15.   On April 29, 2016, raised PMO's 23368510901 and 23368510754 were negotiated by an individual subsequently identified as the defendant NATHANIEL TAYLOR at the Pratt Station Post Office, Brooklyn, NY.   The raised PMO's were made payable to "Derick Jones, 1100 River Rd, Edgewater, NJ 07020."   The identification presented was New Jersey Driver's License number J35890075237685, bearing the name "Derick Jones".

16.   According to USPS records, on April 12, 2016, ten PMO's valued at $2.21, were

purchased in the same cash transaction at the Brigantine Post Office, Brigantine, NJ 08203. The value of two of these PMO's were subsequently raised to $500.00 each.  These two $500.00 raised PMO's bear serial numbers 23477466791 and 23477466802.

17. According to USPS records, on April 12, 2016, ten PMO's valued at $2.11, were purchased in the same cash transaction at the Northfield Post Office, Northfield, NJ 08225.  One of these PMO's, bearing serial number 23368513500, was subsequently raised to $500.00.

18. On May 2, 2016, raised PMO's bearing serial numbers 23477466791 23477466802, and 23368513500 were negotiated at the St. John's Station Post Office, Brooklyn, NY 11213 by an individual later identified as the defendant NATHANIEL TAYLOR.  The identification presented was New Jersey Driver's License number J35890075237685, bearing the name "Derick Jones".

19. On May 3, 2016, USPIS issued an USPIS Alert.  USPIS Alerts are used to inform post offices of raised PMO's that may be negotiated at their locations.  The alert contained a picture of "Derick Jones" which was taken from the April 28, 2016 video at the Canarsie Post Office, Brooklyn, NY 11236.  The alert also provided that post offices be aware of PMO's made payable to "Trey Jones," "Derick Jones" and "Keith Greenbaum" were most likely raised PMOs. The alert also advised that USPIS and police be contacted if any of these raised PMOs were identified.

20. On May 12, 2106, the defendant NATHANIEL TAYLOR attempted to negotiate two (2) raised PMOs using New Jersey Driver's License J35890075237685, bearing the name "Derick Jones" at the Metro Station Post Office, Brooklyn, NY 11206.  The raised PMOs and identification were confiscated by a postal clerk and USPIS was notified.  The defendant NATHANIEL TAYLOR left the post office before law enforcement could arrive.

21. The photo on the confiscated New Jersey Driver's License J35890075237685, bearing the name "Derick Jones," does match the photo on New Jersey Driver's License number

7

J85671385224979, bearing the name "Trey Jones," and both match the photo on New Jersey Driver's License number G85671385224979, bearing the name "Keith Greenbaum." All three of these photographs are of the defendant NATHANIEL TAYLOR.

22. On May 12, 2016, the defendant NATHANIEL TAYLOR attempted to negotiate a raised PMO at the East New York Post Office, Brooklyn, NY 11207. Law enforcement was contacted and the defendant NATHANIEL TAYLOR was arrested by New York City Police Department.

23. On May 12, 2016, the defendant NATHANIEL TAYLOR agreed to be interviewed by Postal Inspectors. After waiving his Miranda rights, TAYLOR was shown still photos taken from the St. John's Post Office, Brooklyn, NY, and TAYLOR identified himself in the photos. TAYLOR was shown still photos taken from the Yonkers Main Post Office, Yonkers, NY, and identified himself in the photos. TAYLOR was shown a photo copy of raised PMOs bearing serial numbers 23444358074 and 23444358388, made payable to "Keith Greenbaum," and identified himself as the negotiator and attempted negotiator of these raised PMOs. TAYLOR admitted to knowing the co-conspirator identified in paragraph nine and obtaining raised PMOs and counterfeit driver's licenses from that individual.

24. NATHANIEL TAYLOR does match the photos on New Jersey Driver's license J35890075237685, bearing the name "Derick Jones," and license number J85671385224979, bearing the name "Trey Jones." Both of these licenses contain a photos that match the photo on New Jersey Driver's License number G85671385224979, bearing the name "Keith Greenbaum".

8

WHEREFORE, your deponent respectfully requests that defendant NATHANIEL TAYLOR, also known as "Trey Jones," "Derick Jones" and "Keith Greenbaum," be dealt with according to the law.

                                              Kimberly E. Dallas
                                              Postal Inspector, United States Postal Inspection Service

Sworn to before me this
10th day of June, 2016

_____
THE HONORABLE CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK